```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 13744
  SHAMEKIA L JOHNSON
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-7351


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/25/06 and confirmed on 01/12/07.

     2.  The case was dismissed after confirmation, 08/10/2007.

     3.  The Debtor paid a total of $   2921.46 .

     4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                          PAID            PAID
----------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED          22545.00       579.12          2198.89
ECAST SETTLEMENT CORPORA   UNSECURED        10084.41          .00              .00
CAPITAL ONE BANK           UNSECURED          469.18          .00              .00
CAPITAL ONE BANK           UNSECURED          468.93          .00              .00
DISCOVER BANK              UNSECURED        NOT FILED         .00              .00
ECAST SETTLEMENT CORPORA   UNSECURED          791.08          .00              .00
ECAST SETTLEMENT CORPORA   UNSECURED          864.27          .00              .00
THE DIAMOND CENTER         UNSECURED         2143.93          .00              .00
PROFESSIONAL ACCOUNT MGM   UNSECURED        NOT FILED         .00              .00
WORLD FINANCIAL NETWORK    UNSECURED          298.03          .00              .00
HSBC AUTO FINANCE          UNSECURED         1619.63          .00              .00
CITY OF CHICAGO            FILED LATE           .00           .00              .00
        Summary of disbursements:
----------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED  22545.00       .00      16739.46        .00      39284.46
PRINCIPAL PAID       2198.89       .00           .00        .00       2198.89
INTEREST PAID         579.12       .00           .00        .00        579.12
TOTAL PAID           2778.01       .00           .00        .00       2778.01
The Debtor's attorney, ZALUTSKY & PINSKI          , was allowed $   3000.00
and was paid $     21.00   direct and $      .00   through the plan.

The Trustee received $     143.45 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 11/15/07                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```